J. CURTIS EDMONDSON, Bar # 236105
LAW OFFICES OF J. CURTIS EDMONDSON
3699 NE JOHN OLSEN AVE.
HILLSBORO, OR 97124
TELEPHONE: (503) 336-3749
FAX: (503) 482-7418

Attorney for Plaintiffs FREAR STEPHEN SCHMID
AND ASTRID SCHMID


Bonnie A. Hamilton, Esq. (SB 180502)
BLUESTONE ZUNINO & HAMILTON, LLP
50 Old Courthouse Square, Suite 401
Santa Rosa, CA 95404
Telephone: 707-526-4250
Facsimile: 707-526-0347
Email: bonnie@bzhlegal.com
Attorneys for Defendant County of Sonoma

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREAR STEPHEN SCHMID AND ASTRID SCHMID | Case Number: 3:19-cv-00883-JD |
| Plaintiffs, | **PARTIES' JOINT RESPONSE TO OSC (ECF 25).** |
| vs. | |
| COUNTY OF SONOMA | |
| Defendant. | |

The parties to the above-entitled action jointly submit this JOINT

STATEMENT in response to this Court's Order dated January 16, 2020. (ECF 25).

1

PARTIES' JOINT RESPONSE TO OSC (ECF 25)

1        The parties have met and conferred.  The parties agree that summary

2    judgment briefs will be filed with a hearing date of April 16, 2020.

3

4                             Respectfully submitted,

5

6    Dated: January   23,   2020    /s/ J. Curtis Edmondson

7                             J. CURTIS EDMONDSON
                         Counsel for plaintiffs FREAR STEPHEN

8                             SCHMID AND ASTRID SCHMID

9

10

11   Dated: January 232020    /s/ Bonnie Hamilton

12                            BONNIE HAMILTON
                         Counsel for defendant COUNTY OF

13                            SONOMA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PARTIES' JOINT RESPONSE TO OSC (ECF 25)